FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 04 2020

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:20-CR-24 |
| | § | Judge Heartfield |
| DENNIS BECKLEY | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 111(a)(1) and (b) (Assaulting a Federal Officer -Inflicting Bodily Injury)

On or about December 27, 2019, in the Eastern District of Texas, **Dennis Beckley**, defendant, did intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, that is, Q.G., an officer and employee with the Federal Bureau of Prisons, by striking him in the face with a closed fist, inflicting bodily injury, while Q.G. was engaged in or on account of the performance of his official duties.

In violation of 18 U.S.C § 111(a)(1) and (b).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
United States Attorney

_____          3/4/2020
NICOLE F. DEMPSEY                       Date
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:20-CR-24 |
| | § | |
| DENNIS BECKLEY | § | |

**NOTICE OF PENALTY**

**Count One**

Violation:   18 U.S.C. §§111(a)(1) and (b)

Penalty:   Imprisonment of not more than eight years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

If bodily injury occurred, imprisonment of not more than twenty years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

Special Assessment:   $100.00